# EXHIBIT B

| | |
|---|---|
| **From:** | Krista Hemming <kristah@potterhandy.com> |
| **Sent:** | Monday, August 4, 2025 6:59 PM |
| **To:** | Valenti, Matthew (NY); Wyman, Alex (LA); Turner, Serrin (NY) |
| **Cc:** | Krishna Priya; Jagruti Bhumkar; temuorghub@cms.filevineapp.com; #C-M TEMUPRIVACYLITIGATION - LW TEAM |
| **Subject:** | Re: [EXTERNAL] Service packet & Notice of Acknowledgement -Whaleco |

Hello,

We will agree to no NOA, and based on your email will calculate the response deadline based on the date of service of July 25, 2025.

Confirmed you are not accepting service on behalf of PDD.

Let me know if/when you file a notice of removal and if your client would be willing to stipulate to consolidating them into the existing case and we can forgo filing the notice of related cases.

Thanks, Krista
Krista R. Hemming, Esq.
KristaH@potterhandy.com

**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

Electronic Service address:
ADA - Serve@potterhandy.com
Gig-Arbitrations - ADR@potterhandy.com

**\*\*\*All Mail, Overnight & Settlement Payments send to:\*\*\***
Potter Handy LLP
ATTN: Rhonda Handy
1410 E Winding Way, Suite B,
Friendswood, Texas 77546

Office: (415) 534-1911
Fax: (888) 422-5191

---

**From:** Matthew.Valenti@lw.com <Matthew.Valenti@lw.com>
**Sent:** Monday, August 4, 2025 3:16 PM
**To:** Krista Hemming <kristah@potterhandy.com>; Alex.Wyman@lw.com <Alex.Wyman@lw.com>; Serrin.Turner@lw.com <Serrin.Turner@lw.com>
**Cc:** Krishna Priya <KrishnaP@potterhandy.com>; Jagruti Bhumkar <JagrutiB@potterhandy.com>; TEMUPRIVACYLITIGATION.LWTEAM@lw.com <TEMUPRIVACYLITIGATION.LWTEAM@lw.com>
**Subject:** RE: [EXTERNAL] Service packet & Notice of Acknowledgement -Whaleco

[CAUTION EXTERNAL EMAIL: Keep PH safe. Think before you click!]
Hi Krista,

1

Following up on the email below, can you confirm you are in agreement with this approach and you are no longer asking that we complete the NOA forms?

Thank you,
Matt

---

**From:** Valenti, Matthew (NY)
**Sent:** Friday, July 25, 2025 1:49 PM
**To:** 'Krista Hemming' <kristah@potterhandy.com>; Wyman, Alex (LA) <Alex.Wyman@lw.com>; Turner, Serrin (NY) <Serrin.Turner@lw.com>
**Cc:** Krishna Priya <KrishnaP@potterhandy.com>; Jagruti Bhumkar <JagrutiB@potterhandy.com>; #C-M TEMUPRIVACYLITIGATION - LW TEAM <TEMUPRIVACYLITIGATION.LWTEAM@lw.com>
**Subject:** RE: Service packet & Notice of Acknowledgement -Whaleco

Hi Krista,

With respect to the 11 complaints you sent on July 9-10 and 18 (listed below), we can accept service, as of today's date, on behalf of Whaleco Inc.

This email should suffice for that purpose. If there is a reason you believe the NOA forms you sent are necessary, please let us know – but our understanding is they are not, and we identified errors in certain of the forms that would need to be corrected before we can sign and return them.

For the avoidance of doubt, we are not accepting service on behalf of PDD Holdings.

Thank you,
Matt
--

Ashwin Jacob - 25STCV17882
Bernard Headspeth - 25STCV17878
Hanna Yoseph - 25STCV16019
Jaafar Baseer - 25STCV17888
Jessica Calderon - 25STCV17300
Kelvin Gray - 25STCV17789
Kenneth Brown - 25STCV17792
Mary Moore - 25STCV15721
Patrick Perry - 25STCV16041
Tamara Jones - 25STCV18014
Taumaia Brown - 25STCV15747

---

**From:** Krista Hemming <kristah@potterhandy.com>
**Sent:** Friday, July 25, 2025 10:18 AM
**To:** Wyman, Alex (LA) <Alex.Wyman@lw.com>; Turner, Serrin (NY) <Serrin.Turner@lw.com>; Valenti, Matthew (NY) <Matthew.Valenti@lw.com>
**Cc:** Krishna Priya <KrishnaP@potterhandy.com>; Jagruti Bhumkar <JagrutiB@potterhandy.com>
**Subject:** Re: Service packet & Notice of Acknowledgement -Whaleco

Krista R. Hemming, Esq.
KristaH@potterhandy.com

2

**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

Electronic Service address:
ADA - Serve@potterhandy.com
Gig-Arbitrations - ADR@potterhandy.com

**\*\*\*All Mail, Overnight & Settlement Payments send to:\*\*\***
Potter Handy LLP
ATTN: Rhonda Handy
1410 E Winding Way, Suite B,
Friendswood, Texas 77546

Office: (415) 534-1911
Fax: (888) 422-5191

---

**From:** Krista Hemming <kristah@potterhandy.com>
**Sent:** Friday, July 25, 2025 7:16 AM
**To:** Jagruti Bhumkar <JagrutiB@potterhandy.com>; alex.wyman@lw.com <alex.wyman@lw.com>; serrin.turner@lw.comMatthew <serrin.turner@lw.comMatthew>; matthew.valenti@lw.com1271 <matthew.valenti@lw.com1271>
**Cc:** Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** Re: Service packet & Notice of Acknowledgement -Whaleco

Hello Counsel,

Is your office going to accept service of these remaining complaints, or should we effectuate service on your client.

Thank you, Krista

Krista R. Hemming, Esq.
KristaH@potterhandy.com

**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

Electronic Service address:
ADA - Serve@potterhandy.com
Gig-Arbitrations - ADR@potterhandy.com

**\*\*\*All Mail, Overnight & Settlement Payments send to:\*\*\***
Potter Handy LLP
ATTN: Rhonda Handy
1410 E Winding Way, Suite B,
Friendswood, Texas 77546

Office: (415) 534-1911
Fax: (888) 422-5191

---

**From:** Jagruti Bhumkar <JagrutiB@potterhandy.com>
**Sent:** Wednesday, July 9, 2025 6:20 AM
**To:** alex.wyman@lw.com <alex.wyman@lw.com>; serrin.turner@lw.comMatthew <serrin.turner@lw.comMatthew>; matthew.valenti@lw.com1271 <matthew.valenti@lw.com1271>
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** Service packet & Notice of Acknowledgement -Whaleco

Hello,

Please find the attached Service packet & Notice of Acknowledgement .

I will attach the Service packet & Notice of Acknowledgement of few other cases in 2nd mail.

Please sign the notice & send us back.

Thanks &
Regards

Jagruti
**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.