# EXHIBIT E

| | |
|---|---|
| **From:** | Jagruti Bhumkar <JagrutiB@potterhandy.com> |
| **Sent:** | Thursday, July 10, 2025 3:42 AM |
| **To:** | Wyman, Alex (LA); Turner, Serrin (NY); Valenti, Matthew (NY) |
| **Cc:** | Krista Hemming; Krishna Priya |
| **Subject:** | RE: Service packet & Notice of Acknowledgement -Whaleco |
| **Attachments:** | Patrick Perry V. Whaleco, Inc et al-SP.zip; Taumaia Brown V. Whaleco, Inc et al.-SP.zip; Jaafar Baseer-NOA SP.zip; Ashwin Jacob-SP.zip; Bernard Headspeth-SP.zip; Jessica Calderon-SP.zip |

Hi,

Please find the remaining service packet & NOA.

Regards
Jagruti

**From:** Jagruti Bhumkar
**Sent:** 09 July 2025 19:01
**To:** alex.wyman@lw.com; serrin.turner@lw.com; matthew.valenti@lw.com
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** FW: Service packet & Notice of Acknowledgement -Whaleco

Hi,

Please ignore the earlier mail as there was issue with email id's.

Kindly consider this .

**From:** Jagruti Bhumkar
**Sent:** 09 July 2025 18:51
**To:** alex.wyman@lw.com; serrin.turner@lw.comMatthew; matthew.valenti@lw.com1271
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** Service packet & Notice of Acknowledgement -Whaleco

Hello,

Please find the attached Service packet & Notice of Acknowledgement .

I will attach the Service packet & Notice of Acknowledgement of few other cases in 2nd mail.

Please sign the notice & send us back.

Thanks & Regards

Jagruti
**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

| | |
|---|---|
| **From:** | Jagruti Bhumkar <JagrutiB@potterhandy.com> |
| **Sent:** | Friday, July 18, 2025 6:27 AM |
| **To:** | Wyman, Alex (LA); Turner, Serrin (NY); Valenti, Matthew (NY) |
| **Cc:** | Krista Hemming; Krishna Priya |
| **Subject:** | RE: Service packet & Notice of Acknowledgement -Whaleco |
| **Attachments:** | Jaafar Baseer (25STCV17888)-SP New.pdf; Bernard Headspeth (25STCV17878)-SP new.pdf; Jessica Calderon (25STCV17300)-SP new.pdf; Ashwin Jacob (25STCV17882)-SP new.pdf |

Hello,

Please find the revised packets for few cases.

We would request you to sign all the NOA's sent in the previous mails & send us back.

Thanks & Regards
Jagruti


**From:** Jagruti Bhumkar
**Sent:** 10 July 2025 16:12
**To:** alex.wyman@lw.com; serrin.turner@lw.com; matthew.valenti@lw.com
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** RE: Service packet & Notice of Acknowledgement -Whaleco

Hi,

Please find the remaining service packet & NOA.


Regards
Jagruti


**From:** Jagruti Bhumkar
**Sent:** 09 July 2025 19:01
**To:** alex.wyman@lw.com; serrin.turner@lw.com; matthew.valenti@lw.com
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** FW: Service packet & Notice of Acknowledgement -Whaleco

Hi,

Please ignore the earlier mail as there was issue with email id's.

Kindly consider this .

1

**From:** Jagruti Bhumkar
**Sent:** 09 July 2025 18:51
**To:** alex.wyman@lw.com; serrin.turner@lw.comMatthew; matthew.valenti@lw.com1271
**Cc:** Krista Hemming <kristah@potterhandy.com>; Krishna Priya <KrishnaP@potterhandy.com>
**Subject:** Service packet & Notice of Acknowledgement -Whaleco

Hello,

Please find the attached Service packet & Notice of Acknowledgement .

I will attach the Service packet & Notice of Acknowledgement of few other cases in 2nd mail.

Please sign the notice & send us back.


Thanks &
Regards

Jagruti
**Potter Handy LLP**
100 Pine St., Ste. 1250
San Francisco CA 94111


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.